UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------------------------
KATHLEEN FINK on behalf of herself
and all others similarly situated,

               Plaintiff,               Index No. 1:15-cv-00259 (JTC)

     v.

                                                  Stipulation of Dismissal

VIKING CLIENT SERVICES, INC.,

               Defendant.
------------------------------------------------------

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiff and defendant in the above-entitled action, pursuant to Fed.R.Civ.P. 41, that the above-entitled action be, and the same hereby is discontinued on the merits and with prejudice, without attorney's fees or costs to either party as against each other as to the individual claims of Kathleen Fink, and without prejudice as to the claims of the putative class.

Dated:  August 26, 2015                             Dated:  August 26, 2015

s/Cyrus B. Chubineh                                  s/Arthur Sanders
Cyrus B. Chubineh, Esq.                            Arthur Sanders, Esq.
Law Office of Cyrus B. Chubineh               Barron & Newberger, P.C.
Attorney for Plaintiff                                     Attorneys for Defendant
2655 Millersport Hwy. #714                      30 South Main Street
Getzville, New York 14068                       New City, New York 10956
Tel: (716) 864-0715                                        Tel: (845) 499-2990
chubineh@yahoo.com                                 asanders@bn-lawyers.com

And now, this _____day of _____ 2015, the above Stipulation is approved:

                                                                        _____
                                                                        JOHN T. CURTIN
                                                                 United States District Judge

Dated: